UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LENNY JAMES BUTCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY FORD SALES, INC.,<br><br>    Defendant. | NO: 1:15-CV-3175-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 21). The motion was submitted for consideration without oral argument. The Court—having reviewed the stipulation and the entire record—is fully informed. The parties have stipulated that all claims and causes of action be dismissed with prejudice and without cost or attorneys' fees, with each party to bear their own attorneys' fees.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation (ECF NO. 21) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action in this matter are **DISMISSED with prejudice** and without costs, each party to bear their own attorneys' fees.

The District Court Clerk is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 27, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2